ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Advanced System Management | ) ASBCA No. 60645 |
| Solutions JV, LLC | ) |
| | ) |
| Under Contract No. N00421-04-D-0058 | ) |

APPEARANCES FOR THE APPELLANT:          Stephen J. McBrady, Esq.
                                        Skye Mathieson, Esq.
                                          Crowell & Moring LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Gregory T. Allen, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 September 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60645, Appeal of Advanced System Management Solutions JV, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals